IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC. and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US),<br><br>    Plaintiffs and Counterclaims Defendants<br><br>v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant, Counterclaims Plaintiff | Adv. Pro. 23-50419 (JTD) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Daniel Friedberg, pursuant to the request of the United States Bankruptcy Court Clerk's office, hereby withdraws the following documents, as they were inadvertently filed in the incorrect Adversary Proceeding (Adv. Proc. No 23-50584-JTD):

- *Answer to Complaint;* [D.I. 9]

- *Motion to Dismiss Count IX and X Partially, and (B) Dismiss Plaintiffs Count XI in its Entirety;* [D.I. 10]

- *Motion to File Under Seal Certain Privileged Information in the Answer, Affirmative Defenses, and Counterclaims;* [D.I. 11] and

---

[1] Due to the large number of Debtor entities, the names are omitted from the caption and a complete list of the Debtors may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

131042652.1    1

- *Sealed Answer, Affirmative Defense, and Counterclaims.* [D.I. 12]

Date: October 23, 2023                    Respectfully submitted,

/s/ Rafael X. Zahralddin-Aravena
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
500 Delaware Ave. Ste. 700
Wilmington, DE 19801
Telephone: (302) 985-6004
Facsimile: (302) 985-6001
Rafael.Zahralddin@lewisbrisbois.com