# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US),<br><br>Plaintiffs,<br><br>v.<br><br>ALLAN JOSEPH BANKMAN and BARBARA FRIED,<br><br>Defendants. | Adversary Proceeding No. 23-50584 (JTD)<br><br>**RE: Adv. D.I. 1, 2** |

## CERTIFICATION OF COUNSEL

I, Gregory T. Donilon, counsel to Allan Joseph Bankman and Barbara Fried, defendants in the above-captioned adversary proceeding ("Defendants"), hereby certify as follows with respect to the [proposed] *Order Approving Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Proposed Order") attached to this certification as **Exhibit 1**:

1. On September 18, 2023, Alameda Research LLC, Alameda Research Ltd., FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

(collectively, "Plaintiffs" and, together with Defendants, the "Parties") filed the *Complaint* [Adv. D.I. 1 (redacted) and 2 (unredacted and filed under seal[2])] (the "Complaint"), thereby commencing the above-captioned adversary proceeding against Defendants.

2. On September 26, 2023, Defendants' counsel accepted service on Defendants' behalf of the Complaint, along with the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 5] (the "Summons and Notice"), as set forth in the *Waiver of the Service of Summons* [Adv. D.I. 7] (the "Service Waiver") filed on September 27, 2023.

3. As set forth in the Service Waiver, the deadline for Defendants to answer, move or otherwise respond to the Complaint is November 20, 2023 (the "Response Deadline").

4. As set forth in the Summons and Notice, a pretrial conference (the "Pretrial Conference") in the above-captioned adversary proceeding is scheduled for November 15, 2023, at 1:00 p.m. (ET).

5. As set forth in the *Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Stipulation") between the Parties, attached to the Proposed Order as **Exhibit A**, the Parties have stipulated and agreed that: (a) Defendants' Response Deadline shall be extended to and including January 15, 2024 (along with corresponding deadlines for Plaintiffs' response and Defendants' reply), and (b) the date of the Pretrial Conference shall be adjourned to a date to be determined.

---

[2] On September 18, 2023, Plaintiffs filed the *Motion of Debtors for Entry of an Order (a) Authorizing the Debtors to File Certain Confidential Information in the Complaint under Seal and (b) Granting Related Relief* [Adv. D.I. 3].

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order, including the Stipulation attached thereto as Exhibit A, at its earliest convenience.

Dated: October 26, 2023
       Wilmington, Delaware

Respectfully submitted,

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
Marc J. Phillips (No. 4445)
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
gdonilon@mmwr.com
mphillips@mmwr.com

-and-

Jeremy D. Mishkin, Esq.
(*pro hac vice* motion to be filed)
1735 Market St., 21st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 772-7246
jmishkin@mmwr.com

*Counsel for Defendants*