# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US),<br><br>                      Plaintiffs,<br><br>      v.<br><br>ALLAN JOSEPH BANKMAN and BARBARA FRIED,<br><br>                      Defendants. | Adversary Proceeding No. 23-50584 (JTD)<br><br>**RE: Adv. D.I. \_\_\_** |

**ORDER APPROVING STIPULATION REGARDING (I) EXTENSION OF RESPONSE DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE**

Upon the *Certification of Counsel* and the *Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Stipulation")[2] entered into between the above-captioned Plaintiffs and Defendants, a copy of which is attached to this Order as **Exhibit A**; and it appearing that sufficient notice of the Stipulation has been given; and after

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used, but not otherwise defined, in this Order shall have the meanings ascribed to such terms in the Stipulation.

due deliberation; and good and sufficient cause appearing therefore; it is hereby ORDERED THAT:

1.  The Stipulation is APPROVED.

2.  This Order and the Stipulation are without prejudice to any of the Parties seeking further extensions of the Response Deadline and/or the other deadlines set forth in the Stipulation.

Dated: October ____, 2023      _____
                                HON. JOHN T. DORSEY
                                UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US),<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ALLAN JOSEPH BANKMAN and BARBARA FRIED,<br><br>　　　　　　　　　　　Defendants. | Adversary Proceeding No. 23-50584 (JTD) |

**STIPULATION REGARDING (I) EXTENSION OF RESPONSE DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE**

This *Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Stipulation") is made as of October 25, 2023, by and between (i) Alameda Research LLC, Alameda Research Ltd., FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US) (collectively, "Plaintiffs") and (ii) Allan Joseph Bankman and Barbara Fried ("Defendants" and, together with Plaintiffs, the "Parties").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**RECITALS**

WHEREAS, on September 18, 2023, Plaintiffs filed the *Complaint* [Adv. D.I. 1 (redacted) and 2 (unredacted and filed under seal[2])] (the "Complaint"), thereby commencing the above-captioned adversary proceeding against the Defendants.

WHEREAS, on September 26, 2023, Defendants' counsel accepted service on Defendants' behalf of the Complaint, along with the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 5] (the "Summons and Notice"), as set forth in the *Waiver of the Service of Summons* [Adv. D.I. 7] (the "Service Waiver") filed on September 27, 2023.

WHEREAS, as set forth in the Service Waiver, the deadline for Defendants to answer, move or otherwise respond to the Complaint is November 20, 2023 (the "Response Deadline").

WHEREAS, as set forth in the Summons and Notice, a pretrial conference (the "Pretrial Conference") in the above-captioned adversary proceeding is scheduled for November 15, 2023, at 1:00 p.m. (ET).

WHEREAS, as set forth herein, the Parties have agreed that: (i) Defendants' Response Deadline shall be extended to and including January 15, 2024 (along with corresponding deadlines for Plaintiffs' response and Defendants' reply), and (ii) the date of the Pretrial Conference shall be adjourned to a date to be determined.

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

---

[2] On September 18, 2023, Plaintiffs filed the *Motion of Debtors for Entry of an Order (a) Authorizing the Debtors to File Certain Confidential Information in the Complaint under Seal and (b) Granting Related Relief* [Adv. D.I. 3].

**STIPULATION**

1. Defendants' Response Deadline is hereby extended to and including January 15, 2024. Plaintiffs shall have sixty (60) days to respond to any motion filed by Defendants in response to the Complaint and Defendants shall thereafter have fourteen (14) days to reply to any such response filed by Plaintiffs.

2. The Pretrial Conference is hereby adjourned to a date to be determined.

3. This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof.

4. This Stipulation is without prejudice to Defendants seeking further extensions of Defendants' Response Deadline and the Parties seeking further extensions of the other deadlines set forth herein.

5. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

6. The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against any Party on that basis.

7. This Stipulation shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

8. This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement. Further, electronic signatures or transmissions of an originally signed

document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

Dated: October 25, 2023

| **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** | **LANDIS RATH & COBB LLP** |
|---|---|
| */s/ Gregory T. Donilon*<br>Gregory T. Donilon (No. 4244)<br>Marc J. Phillips (No. 4445)<br>1105 North Market Street, 15th Floor<br>Wilmington, Delaware  19801<br>Telephone: (302) 504-7800<br>gdonilon@mmwr.com<br>mphillips@mmwr.com<br><br>-and-<br><br>Jeremy D. Mishkin, Esq.<br>(*pro hac vice* motion to be filed)<br>1735 Market St., 21st Floor<br>Philadelphia, Pennsylvania  19103<br>Telephone: (215) 772-7246<br>jmishkin@mmwr.com<br><br>*Counsel for Defendants* | */s/ Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware  19801<br>Telephone:  (302) 467-4400<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>William A. Burck (*pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, DC  20005<br>Telephone:  (202) 538-8000<br>williamburck@quinnemanuel.com<br><br>-and-<br><br>Sascha N. Rand (*pro hac vice*)<br>Katherine A. Lemire (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010<br>Telephone:  (212) 849-7000<br>sascharand@quinnemanuel.com<br>katherinelemire@quinnemanuel.com<br><br>-and- |

|  | John B. Quinn (*pro hac vice*)<br>William R. Sears (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California  90017<br>Telephone:  (213) 443-7000<br>johnquinn@quinnemanuel.com<br>willsears@quinnemanuel.com<br><br>*Counsel for Plaintiffs* |
|---|---|