# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), | |
| Plaintiffs, | Adversary Proceeding No. 23-50584 (JTD) |
| v. | **RE: Adv. D.I. 14** |
| ALLAN JOSEPH BANKMAN and BARBARA FRIED, | |
| Defendants. | |

## ORDER APPROVING STIPULATION REGARDING (I) EXTENSION OF RESPONSE DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE

Upon the *Certification of Counsel* and the *Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Stipulation")[2] entered into between the above-captioned Plaintiffs and Defendants, a copy of which is attached to this Order as **Exhibit A**; and it appearing that sufficient notice of the Stipulation has been given; and after

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used, but not otherwise defined, in this Order shall have the meanings ascribed to such terms in the Stipulation.

due deliberation; and good and sufficient cause appearing therefore; it is hereby ORDERED THAT:

1. The Stipulation is APPROVED.

2. This Order and the Stipulation are without prejudice to any of the Parties seeking further extensions of the Response Deadline and/or the other deadlines set forth in the Stipulation.

**Dated: October 26th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**