# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US),<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ALLAN JOSEPH BANKMAN and BARBARA FRIED,<br><br>　　　　　　　　　　　　Defendants. | Adversary Proceeding No. 23-50584 (JTD) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Alan Joseph Bankman ("Mr. Bankman") and Barbara Fried ("Ms. Fried"), by and through undersigned counsel, request that the claims against them be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b), for failure to state a claim. The specific grounds are set forth in the Memorandum of Law in Support of Mr. Bankman and Ms. Fried's Motion to Dismiss.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

WHEREFORE, for the reasons set forth in the Memorandum of Law, Mr. Bankman and Ms. Fried respectfully request that this Court enter an order, substantially in the form attached hereto, that dismisses all counts in the Adversary Complaint against Mr. Bankman and Ms. Fried with prejudice, and grants them such additional and further relief as the Court may deem just and proper.

Dated:  January 15, 2024  
        Wilmington, Delaware

Respectfully submitted,  
**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Gregory T. Donilon*  
Gregory T. Donilon (No. 4244)  
Marc J. Phillips (No. 4445)  
1105 North Market Street, 15th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 504-7800  
gdonilon@mmwr.com  
mphillips@mmwr.com

-and-

Jeremy D. Mishkin (admitted *pro hac vice*)  
1735 Market St., 21st Floor  
Philadelphia, Pennsylvania 19103  
Telephone: (215) 772-7246  
jmishkin@mmwr.com

*Attorneys for Defendants Alan Joseph Bankman and Barbara Fried*