# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), <br><br> Plaintiffs, <br><br> v. <br><br> ALLAN JOSEPH BANKMAN and BARBARA FRIED, <br><br> Defendants. | Adversary Proceeding No. 23-50584 (JTD) |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon the motion (the "Motion") of Alan Joseph Bankman and Barbara Fried for entry of an order dismissing the claims set forth against them in the Adversary Complaint; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is GRANTED; and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- 2 -

2. The claims in the Adversary Complaint asserted against Mr. Bankman and Ms. Fried are DISMISSED WITH PREJUDICE.

- 2 -

2. The claims in the Adversary Complaint asserted against Mr. Bankman and Ms. Fried are DISMISSED WITH PREJUDICE.