# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), | |
| | Adversary Proceeding No. 23-50584 (JTD) |
| Plaintiffs, | |
| v. | |
| ALLAN JOSEPH BANKMAN and BARBARA FRIED, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 15th day of January, 2024, I caused to be served true and correct copies of:

- *Defendants' Motion to Dismiss*; and

- *Memorandum of Law in Support of Motion of Defendants Bankman and Fried's Motion to Dismiss*

upon (i) all parties registered to receive electronic notice in the above-captioned adversary

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

-2-

proceeding via the Court's CM/ECF electronic notification system and (ii) the parties listed on the attached Service List in the manner indicated.

Dated: January 15, 2024    */s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
**MONTGOMERY McCRACKEN**
 **WALKER & RHOADS LLP**
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7800
Email: gdonilon@mmwr.com

# Service List

<u>Via Electronic Mail</u>

**LANDIS RATH & COBB LLP**
Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

<u>Via Electronic Mail</u>

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
William A. Burck (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
williamburck@quinnemanuel.com

Sascha N. Rand (*pro hac vice*)
Katherine A. Lemire (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
sascharand@quinnemanuel.com
katherinelemire@quinnemanuel.com

John B. Quinn (*pro hac vice*)
William R. Sears (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
johnquinn@quinnemanuel.com
willsears@quinnemanuel.com

*Special Counsel to the Debtors*