# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br><br>  Plaintiffs,<br><br>  v.<br><br>ALLAN JOSEPH BANKMAN AND BARBARA FRIED,<br><br>  Defendant. | Adv. Pro. No. 23-50584 (JTD) |

## SECOND STIPULATION REGARDING (I) EXTENSION OF RESPONSE DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE

Plaintiffs, Alameda Research LLC, Alameda Research Ltd., FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US) (collectively, "Plaintiffs"); and Defendants Alan Joseph Bankman and Barbara Fried ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, enter into this *Second Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference*.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

WHEREAS on September 18, 2023, Plaintiffs filed the Complaint [Adv. D.I. 1 (redacted) and 2 (unredacted and filed under seal[2])] (the "Complaint") in the United States Bankruptcy Court for the District of Delaware (the "Court"), commencing the above-captioned adversary proceeding against the Defendants.

WHEREAS, on September 26, 2023, Defendants' counsel accepted service on Defendants' behalf of the Complaint, along with the Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 5] (the "Summons and Notice"), as set forth in the Waiver of the Service of Summons [Adv. D.I. 7] (the "Service Waiver") filed on September 27, 2023.

WHEREAS, as set forth in the Service Waiver, the deadline for Defendants to answer, move or otherwise respond to the Complaint was November 20, 2023 (the "Response Deadline").

WHEREAS, as set forth in the Summons and Notice, a pretrial conference (the "Pretrial Conference") in the above-captioned adversary proceeding was scheduled for November 15, 2023, at 1:00 p.m. (ET).

WHEREAS, on October 26, 2023, the Court entered an order approving the *Stipulation Regrading (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 15] (as modified or amended, the "Stipulation"), which (i) extended the Response Deadline to and including January 15, 2024, (ii) provided the Plaintiffs sixty (60) days to respond to any motion filed by Defendants in response to the Complaint and (iii) provided Defendants fourteen (14) days to reply to any such response filed by Plaintiffs. The Stipulation also adjourned the Pretrial Conference to a date to be determined.

---

[2] On September 18, 2023, Plaintiffs filed the *Motion of Debtors for Entry of an Order (a) Authorizing the Debtors to File Certain Confidential Information in the Complaint under Seal and (b) Granting Related Relief* [Adv. D.I. 3].

WHEREAS, on January 15, 2024, Defendants filed a *Motion to Dismiss* [Adv. D.I. 19] and *Memorandum of Law in Support of Defendants Bankman and Fried's Motion to Dismiss* [Adv. D.I. 20] (the "Motion to Dismiss").

WHEREAS, the Parties have conferred and agreed to modify the Stipulation as set forth herein.

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual promises contained herein, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

1. If Plaintiffs file an amended complaint, Defendants consent to such filing, and the deadline by which Plaintiffs must file an amended complaint shall be on or before Plaintiffs' deadline to respond to the Motion to Dismiss as set in forth in the Stipulation.

2. The Stipulation shall remain in full force and effect, except as modified herein.

Dated: January 25, 2024

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
E-mail: landis@lrclaw.com
           mcguire@lrclaw.com
           brown@lrclaw.com
           pierce@lrclaw.com

*Counsel to the Debtors and Debtors-in-Possession*

-and-

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Jeremy D. Mishkin*
Gregory T. Donilon (No. 4244)
Marc J. Phillips (No. 4445)
1105 North Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
gdonilon@mmwr.com
mphillips@mmwr.com

-and-

Jeremy D. Mishkin, Esq.
(pro hac vice motion to be filed)
1735 Market St., 21st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 772-7246
jmishkin@mmwr.com

*Counsel for Defendants*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
William A. Burck (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

Sascha N. Rand (admitted *pro hac vice*)
Katherine A. Lemire (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
sascharand@quinnemanuel.com
katherinelemire@quinnemanuel.com

-and-

John B. Quinn (admitted *pro hac vice*)
William R. Sears (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-7000
johnquinn@quinnemanuel.com
willsears@quinnemanuel.com

*Special Counsel to the Debtors*