IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC. (d/b/a FTX US)<br><br>                             Plaintiffs,<br>    v.<br><br>ALLAN JOSEPH BANKMAN and BARBARA FRIED,<br><br>                             Defendants. | Adv. Pro. No. 23-50584 (JTD) |

**AFFIDAVIT OF SERVICE**

       I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

       On January 27, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail and Email on the Defendants Counsel Service List attached hereto as **Exhibit A**:

- Order Approving Second Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference [Docket No. 23]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: February 8, 2024

                                                           */s/ Liz Santodomingo*
                                                           Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 8, 2024, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Defendants Counsel Service List
Served as set forth below

| KRAID | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| KRAID: 0001 | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP | ATTN: GREGORY T. DONILON & MARC J. PHILIPS | 1105 NORTH MARKET STREET | 15TH FLOOR | WILMINGTON | DE | 19801 | GDONILON@MMWR.COM; MPHILLIPS@MMWR.COM | First Class Mail and Email |
| KRAID: 0002 | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP | ATTN: JEREMY D. MISHKIN | 1735 MARKET STREET | 21ST FLOOR | PHILADELPHIA | PA | 19103 | JMISHKIN@MMWR.COM | First Class Mail and Email |
| KRAID: 0003 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: JOHN B. QUINN & WILLIAM R. SEARS | 865 S. FIGUEROA STREET | 10TH FLOOR | LOS ANGELES | CA | 90017 | JOHNQUINN@QUINNEMANUEL.COM; WILLSEARS@QUINNEMANUEL.COM | First Class Mail and Email |
| KRAID: 0004 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SASCHA N. RAND & KATHERINE A. LEMIRE | 51 MADISON AVENUE | 22ND FLOOR | NEW YORK | NY | 10010 | SASCHARAND@QUINNEMANUEL.COM; KATHERINELEMIRE@QUINNEMANUEL.COM | First Class Mail and Email |
| KRAID: 0005 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: WILLIAM A. BURCK | 1300 I STREET NW, SUITE 900 | | WASHINGTON | DC | 20005 | WILLIAMBURCK@QUINNEMANUEL.COM | First Class Mail and Email |
| KRAID: 0006 | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, & MATTHEW R. PIERCE | | | | | | MCGUIRE@LRCLAW.COM; LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM; PIERCE@LRCLAW.COM | Email |