## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), | |
| Plaintiffs, | Adversary Proceeding No. 23-50584 (JTD) |
| v. | |
| ALLAN JOSEPH BANKMAN and BARBARA FRIED, | |
| Defendants. | |

## CERTIFICATION OF COUNSEL

I, Marc J. Phillips, counsel to Alan Joseph Bankman and Barbara Fried, defendants in the above-captioned adversary proceeding ("Defendants"), hereby certify as follows with respect to the [proposed] *Order Approving Third Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Proposed Order") attached to this certification as **Exhibit 1**:

1. On September 18, 2023, Alameda Research LLC, Alameda Research Ltd., FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US)

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

(collectively, "Plaintiffs" and, together with Defendants, the "Parties") filed the *Complaint* [Adv. D.I. 1 (redacted) and 2 (unredacted and filed under seal[2])] (the "Complaint"), thereby commencing the above-captioned adversary proceeding against Defendants.

2.      On September 26, 2023, Defendants' counsel accepted service on Defendants' behalf of the Complaint, along with the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 5] (the "Summons and Notice"), as set forth in the *Waiver of the Service of Summons* [Adv. D.I. 7] (the "Service Waiver") filed on September 27, 2023.

3.      As set forth in the Service Waiver, the deadline for Defendants to answer, move or otherwise respond to the Complaint was November 20, 2023 (the "Response Deadline").

4.      As set forth in the Summons and Notice, a pretrial conference (the "Pretrial Conference") in the above-captioned adversary proceeding was scheduled for November 15, 2023, at 1:00 p.m. (ET).

5.      On October 26, 2023, the Court entered an order approving the *Stipulation Regrading (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 15] (as modified or amended, the "Initial Stipulation"), which (i) extended the Response Deadline to and including January 15, 2024, (ii) provided the Plaintiffs sixty (60) days to respond to any motion filed by Defendants in response to the Complaint and (iii) provided Defendants fourteen (14) days to reply to any such response filed by Plaintiffs. The Initial Stipulation also adjourned the Pretrial Conference to a date to be determined.

---

[2]      On September 18, 2023, Plaintiffs filed the *Motion of Debtors for Entry of an Order (a) Authorizing the Debtors to File Certain Confidential Information in the Complaint under Seal and (b) Granting Related Relief* [Adv. D.I. 3].

6.      On January 15, 2024, Defendants filed a *Motion to Dismiss* [Adv. D.I. 19] and *Memorandum of Law in Support of Defendants Bankman and Fried's Motion to Dismiss* [Adv. D.I. 20] (the "Motion to Dismiss").

7.      On January 26, 2024, the Court entered an order approving the *Second Stipulation Regrading (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 23] (as modified or amended, the "Second Stipulation"), which (i) provided if Plaintiffs file an amended complaint, Defendants consent to such filing, and the deadline by which Plaintiffs must file an amended complaint shall be by or before Plaintiffs' deadline to respond to the Motion to Dismiss as set in forth in the Initial Stipulation, and (ii) the Initial Stipulation shall remain in full force and effect, except as modified in the Second Stipulation.

8.      On March 15, 2024, Plaintiffs filed the First Amended Complaint [Adv. D.I. 25 (unredacted and filed under seal) and 26 (redacted)] (the "First Amended Complaint").

9.      The Parties have conferred regarding an agreement to enter into a Third Stipulation, which is attached as **Exhibit A** to the proposed form of order approving the Third Stipulation, attached hereto as **Exhibit 1**.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order, including the Third Stipulation attached thereto as Exhibit A, at its earliest convenience.

Dated:  March 26, 2024                          **MONTGOMERY McCRACKEN WALKER &**
      Wilmington, Delaware                **RHOADS LLP**

*/s/ Marc J. Phillips*
Gregory T. Donilon (No. 4244)
Marc J. Phillips (No. 4445)
1105 North Market Street, 15th Floor
Wilmington, Delaware  19801
Telephone: (302) 504-7800
gdonilon@mmwr.com
mphillips@mmwr.com

-and-

Jeremy D. Mishkin, Esq.
(admitted *pro hac vice*)
1735 Market St., 21st Floor
Philadelphia, Pennsylvania  19103
Telephone: (215) 772-7246
jmishkin@mmwr.com

*Counsel for Defendants*