# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), | |
| Plaintiffs, | Adv. Pro. No. 23-50584 (JTD) |
| v. | |
| ALLAN JOSEPH BANKMAN and BARBARA FRIED, | **Related to Adv. D.I. 33** |
| Defendants. | |

**ORDER APPROVING SIXTH STIPULATION REGARDING (I) EXTENSION OF RESPONSE DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE**

Upon the *Certification of Counsel* and the *Sixth Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* (the "Stipulation")[2] entered into between Plaintiffs Alameda Research LLC, Alameda Research Ltd., FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US); and Defendants Alan Joseph Bankman and Barbara Fried, a copy of which is attached hereto as **Exhibit A**; and the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Bankruptcy Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1.  The Stipulation is APPROVED.

2.  This Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

**Dated: July 31st, 2024**  
**Wilmington, Delaware**

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**