# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES INC. (d/b/a FTX.US), <br><br> Plaintiffs, <br><br> v. <br><br> ALLAN JOSEPH BANKMAN and BARBARA FRIED, <br><br> Defendants. | Adv. Pro. No. 23-50584 (JTD) |

**TENTH STIPULATION REGARDING (I) EXTENSION OF RESPONSE DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE**

Plaintiffs, Alameda Research LLC, Alameda Research Ltd., FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US) (collectively, "Plaintiffs"); and Defendants Alan Joseph Bankman and Barbara Fried ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, enter into this *Tenth Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference*.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

WHEREAS on September 18, 2023, Plaintiffs filed the Complaint [Adv. D.I. 1 (redacted) and 2 (unredacted and filed under seal[2])] (the "Complaint") in the United States Bankruptcy Court for the District of Delaware (the "Court"), commencing the above-captioned adversary proceeding against the Defendants.

WHEREAS, on September 26, 2023, Defendants' counsel accepted service on Defendants' behalf of the Complaint, along with the Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 5] (the "Summons and Notice"), as set forth in the Waiver of the Service of Summons [Adv. D.I. 7] (the "Service Waiver") filed on September 27, 2023.

WHEREAS, as set forth in the Service Waiver, the deadline for Defendants to answer, move or otherwise respond to the Complaint was November 20, 2023 (the "Response Deadline").

WHEREAS, as set forth in the Summons and Notice, a pretrial conference (the "Pretrial Conference") in the above-captioned adversary proceeding was scheduled for November 15, 2023, at 1:00 p.m. (ET).

WHEREAS, on October 26, 2023, the Court entered an order approving the *Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 15] (as modified or amended, the "Initial Stipulation"), which (i) extended the Response Deadline to and including January 15, 2024, (ii) provided the Plaintiffs sixty (60) days to respond to any motion filed by Defendants in response to the Complaint and (iii) provided Defendants fourteen (14) days to reply to any such response filed by Plaintiffs. The Initial Stipulation also adjourned the Pretrial Conference to a date to be determined.

---

2    On September 18, 2023, Plaintiffs filed the *Motion of Debtors for Entry of an Order (a) Authorizing the Debtors to File Certain Confidential Information in the Complaint under Seal and (b) Granting Related Relief* [Adv. D.I. 3].

WHEREAS, on January 15, 2024, Defendants filed a *Motion to Dismiss* [Adv. D.I. 19] and *Memorandum of Law in Support of Defendants Bankman and Fried's Motion to Dismiss* [Adv. D.I. 20] (the "Motion to Dismiss").

WHEREAS, on January 26, 2024, the Court entered an order approving the *Second Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 23] (as modified or amended, the "Second Stipulation"), which (i) provided if Plaintiffs file an amended complaint, Defendants consent to such filing, and the deadline by which Plaintiffs must file an amended complaint shall be by or before Plaintiffs' deadline to respond to the Motion to Dismiss as set in forth in the Initial Stipulation, and (ii) the Initial Stipulation shall remain in full force and effect, except as modified in the Second Stipulation.

WHEREAS, on March 15, 2024, Plaintiffs filed the First Amended Complaint [Adv. D.I. 25 (unredacted and filed under seal) and 26 (redacted)] (the "First Amended Complaint").

WHEREAS, on March 26, 2024, the Court entered an order approving the *Third Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 28] (the "Third Stipulation"), which (i) extended the Response Deadline to and including May 22, 2024, (ii) provided the Plaintiffs sixty-five (65) days to respond to any motion filed by Defendants in response to the First Amended Complaint and (iii) provided Defendants twenty-one (21) days to reply to any such response filed by Plaintiffs. The Third Stipulation also adjourned the Pretrial Conference to a date to be determined.

WHEREAS, on May 22, 2024, the Court entered an order approving the *Fourth Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 30] (the "Fourth Stipulation"), which (i) extended the Response Deadline to and including June 28, 2024, (ii) provided the Plaintiffs sixty-five (65) days to respond to any motion filed by

Defendants in response to the First Amended Complaint and (iii) provided Defendants twenty-one (21) days to reply to any such response filed by Plaintiffs. The Fourth Stipulation also adjourned the Pretrial Conference to a date to be determined.

WHEREAS, on June 28, 2024, the Court entered an order approving the *Fifth Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 32] (the "Fifth Stipulation"), which (i) extended the Response Deadline to and including July 31, 2024, (ii) provided the Plaintiffs sixty-five (65) days to respond to any motion filed by Defendants in response to the First Amended Complaint and (iii) provided Defendants twenty-one (21) days to reply to any such response filed by Plaintiffs. The Fifth Stipulation also adjourned the Pretrial Conference to a date to be determined.

WHEREAS, on July 31, 2024, the Court entered an order approving the *Sixth Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 34] (the "Sixth Stipulation"), which (i) extended the Response Deadline to and including August 30, 2024, (ii) provided the Plaintiffs sixty-five (65) days to respond to any motion filed by Defendants in response to the First Amended Complaint and (iii) provided Defendants twenty-one (21) days to reply to any such response filed by Plaintiffs. The Sixth Stipulation also adjourned the Pretrial Conference to a date to be determined.

WHEREAS, on August 29, 2024, the Court entered an order approving the *Seventh Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 36] (the "Seventh Stipulation"), which (i) extended the Response Deadline to and including September 30, 2024, (ii) provided the Plaintiffs sixty-five (65) days to respond to any motion filed by Defendants in response to the First Amended Complaint and (iii) provided

Defendants twenty-one (21) days to reply to any such response filed by Plaintiffs. The Seventh Stipulation also adjourned the Pretrial Conference to a date to be determined.

WHEREAS, on September 30, 2024, the Court entered an order approving the *Eighth Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 38] (the "Eighth Stipulation"), which (i) extended the Response Deadline to and including October 31, 2024, (ii) provided the Plaintiffs sixty-five (65) days to respond to any motion filed by Defendants in response to the First Amended Complaint and (iii) provided Defendants twenty-one (21) days to reply to any such response filed by Plaintiffs. The Eighth Stipulation also adjourned the Pretrial Conference to a date to be determined.

WHEREAS, on October 29, 2024, the Court entered an order approving the *Ninth Stipulation Regarding (I) Extension of Response Deadline and (II) Adjournment of Pretrial Conference* [Adv. D.I. 40] (the "Ninth Stipulation"), which (i) extended the Response Deadline to and including November 29, 2024, (ii) provided the Plaintiffs sixty-five (65) days to respond to any motion filed by Defendants in response to the First Amended Complaint and (iii) provided Defendants twenty-one (21) days to reply to any such response filed by Plaintiffs. The Ninth Stipulation also adjourned the Pretrial Conference to a date to be determined.

WHEREAS, the Parties have conferred and agreed to enter into this Tenth Stipulation as set forth herein.

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual promises contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

1. Defendants' time to respond to the First Amended Complaint shall be extended to and including December 31, 2024.

2. Plaintiffs shall have sixty-five (65) days to respond to any motion filed by Defendants in response to the First Amended Complaint.

3. Defendants shall have twenty-one (21) days to reply to any such response filed by Plaintiffs.

4. The Pretrial Conference is further adjourned to a date to be determined.

5. This Tenth Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof.  The terms of this Tenth Stipulation may not be changed, amended, modified, or altered except by written agreement signed by each of the Parties or confirming emails exchanged by counsel to the Parties.

6. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Tenth Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Tenth Stipulation.

7. The Parties have cooperated in the drafting and preparation of this Tenth Stipulation.  Therefore, in any construction to be made of this Tenth Stipulation, the Tenth Stipulation shall not be construed for or against any Party on that basis.

8. This Tenth Stipulation shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

9. This Tenth Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement.  Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

Dated: November 26, 2024

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |
| */s/ Matthew B. McGuire* | */s/ Marc J. Phillips* |
| Adam G. Landis (No. 3407) | Gregory T. Donilon (No. 4244) |
| Matthew B. McGuire (No. 4366) | Marc J. Phillips (No. 4445) |
| Kimberly A. Brown (No. 5138) | 1105 North Market Street, 15th Floor |
| Matthew R. Pierce (No. 5946) | Wilmington, Delaware 19801 |
| 919 Market Street, Suite 1800 | Telephone: (302) 504-7800 |
| Wilmington, DE 19801 | gdonilon@mmwr.com |
| Telephone: (302) 467-4400 | mphillips@mmwr.com |
| landis@lrclaw.com | -and- |
| mcguire@lrclaw.com | |
| brown@lrclaw.com | Jeremy D. Mishkin, Esq. |
| pierce@lrclaw.com | (admitted *pro hac vice*) |
| | 1735 Market St., 21st Floor |
| *Counsel to the Debtors and Debtors-in-Possession* | Philadelphia, Pennsylvania 19103 |
| | Telephone: (215) 772-7246 |
| | jmishkin@mmwr.com |
| -and- | |
| | *Counsel for Defendants* |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | |
| William A. Burck (admitted *pro hac vice*) | |
| 1300 I Street NW, Suite 900 | |
| Washington, D.C. 20005 | |
| (202) 538-8000 | |
| williamburck@quinnemanuel.com | |
| | |
| -and- | |
| | |
| Sascha N. Rand (admitted *pro hac vice*) | |
| Katherine A. Lemire (admitted *pro hac vice*) | |
| 51 Madison Avenue, 22nd Floor | |
| New York, New York 10010 | |
| (212) 849-7000 | |
| sascharand@quinnemanuel.com | |
| katherinelemire@quinnemanuel.com | |
| | |
| -and- | |

John B. Quinn (admitted *pro hac vice*)
William R. Sears (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-7000
johnquinn@quinnemanuel.com
willsears@quinnemanuel.com

*Special Counsel to the Debtors*