IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | |
| ALLAN JOSEPH BANKMAN and BARBARA FRIED, | Adv. Pro. No. 23-50584-JTD |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, it is hereby stipulated and agreed, by and among Plaintiff[2] FTX Recovery Trust and Defendants Alan Joseph Bankman and Barbara Fried, by and through their undersigned counsel, that the above-captioned adversary proceeding is dismissed without prejudice.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Pursuant to the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554] and the *Notice of Substitution of Plaintiff* [Adv. D.I. 49], the FTX Recovery Trust is now the proper Plaintiff and has substituted in for Debtors Alameda Research LLC, Alameda Research Ltd., FTX Trading Ltd., West Realm Shires, Inc., and West Realm Shires Services Inc. (d/b/a FTX.US) that initially filed this action.

Dated:  February 24, 2025

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |

*/s/ Matthew B. McGuire*  
Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
Kimberly A. Brown (No. 5138)  
Matthew R. Pierce (No. 5946)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Email: landis@lrclaw.com  
       mcguire@lrclaw.com  
       brown@lrclaw.com  
       pierce@lrclaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (admitted *pro hac vice*)  
295 5th Avenue, 9th Floor  
New York, New York 10016  
(212) 849-7000  
sascharand@quinnemanuel.com

-and-

William R. Sears (admitted *pro hac vice*)  
865 S. Figueroa Street, 10th Floor  
Los Angeles, California 90017  
Telephone: (213) 443-7000  
willsears@quinnemanuel.com

*Counsel to the FTX Recovery Trust*

*/s/ Marc J. Phillips*  
Gregory T. Donilon (No. 4244)  
Marc J. Phillips (No. 4445)  
1105 North Market Street, 15th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 504-7800  
gdonilon@mmwr.com  
mphillips@mmwr.com

-and-

Jeremy D. Mishkin, Esq.  
(admitted pro hac vice)  
1735 Market St., 21st Floor  
Philadelphia, Pennsylvania 19103  
Telephone: (215) 772-7246  
jmishkin@mmwr.com

*Counsel for Defendants*